

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Christopher J. Stratigeas*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*      Main:  (973) 645-2700
*Newark, New Jersey 07102*        Direct: (973) 297-2029
*christopher.stratigeas@usdoj.gov*

July 29, 2026

**<u>Via Electronic Filing</u>**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:   ***Boteo-Castillo v. Blanche, et al.*, No. 26-cv-07410 (CCC);**
            **Status Update re: Grant of Voluntary Departure.**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement pursuant to 8 U.S.C. § 1225(b)(2).  By way of background, on June 24, 2026, the Court ordered Respondents to provide Petitioner with an individualized bond hearing within seven (7) days.  *See* ECF No. 3.  On July 1, 2026, Petitioner received a bond hearing in accordance with the Court's June 24, 2026, Text Order (ECF No. 3), and Respondents filed a written notice of the outcome of that hearing on July 2, 2026 (ECF No.5).

Sometime after Petitioner's bond hearing, he applied for voluntary departure in lieu of removal.  On July 13, 2026, the immigration judge granted Petitioner's request for voluntary departure.  *See* Ex. 1 (July 13, 2026 Order of the Immigration Judge).  The Order of the Immigration Judge requires Petitioner to depart within sixty (60) days of entry of the order.  Therefore, Respondents respectfully request the Court close this case and lift the injunctions preventing Petitioner's departure from the United States.  *See* ECF Nos. 2, 3.

Thank you very much for your consideration of this matter.

Hon. Claire C. Cecchi, U.S.D.J.
July 29, 2026
Page 2

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ Christopher J. Stratigeas*
CHRISTOPHER J. STRATIGEAS
Assistant United States Attorney
*Attorneys for Respondents*

cc:   All counsel of record (*via electronic filing*)

Encl.

The previous stay of Petitioner's transfer,
ECF No. 3, is hereby lifted.

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:   7/30/2026